IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | NO. 11-564-13 |
| MALANI SANDERS | : | |

ORDER

And now, this 15th day of September 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the emergency motion of defendant Malani Sanders for compassionate release under 18 U.S.C. § 3582(c)(1)(A) (Doc. # 791) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.