IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MALANI SANDERS | : | NO. 11-564-13 |

ORDER

AND NOW, this 17th day of January, 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Malani Sanders for modification of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. # 814) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.